IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEITH DESMOND TAYLOR,

        Plaintiff,

  v.

JUDGE MICHAEL SMITH, et al.,

        Defendants.
                                        /

No. CV-09-3009 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED, without prejudice to plaintiff's refiling his claim in a new action after he has developed sufficient facts for his claim to proceed, and after all available administrative remedies have been exhausted.


Dated: June 15, 2010                                        Richard W. Wieking, Clerk

                                                                By: Tracy Lucero
                                                                Deputy Clerk